## 1839. CASTLEBERRY *v.* THE STATE.

HILL, C. J. The assignments of error are wholly without merit, and the evidence, except in a strictly juridic sense, demanded the verdict.

*Judgment affirmed.*

Indictment for carrying concealed weapon, from Butts superior court—Judge Reagan. March 22, 1909.

Submitted May 4,—Decided October 13, 1909.

*O. M. Duke,* for plaintiff in error.

*J. W. Wise, solicitor-general,* contra.